UNITED STATES DISRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Lisa Brandt, Individually and on
Behalf of All Others Similarly Situated,

    Plaintiff,

v.                                                                                  Case No. 22-11028
                                                                                    Honorable Victoria A. Roberts

Temple Plaza Hotel, Inc., et al.

    Defendant.
_____/

## ORDER OF DISMISSAL

Plaintiff filed a Notice of Voluntary Dismissal With Prejudice Pursuant to Fed. R. Civ. P. 41. [ECF No. 14]

**IT IS ORDERED** that this matter is dismissed with prejudice.

                                        s/ Victoria A. Roberts
                                        Victoria A. Roberts
                                        United State District Judge

Dated: 8/21/2022